PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2005 ★
BROOKLYN OFFICE

| DOCKET NUMBER (Tran. Court) |
|---|
| 01- CR-82 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Reahi, Homayon<br>4996 37th Place<br>Hyattsville, MD 20782 | Maryland | |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Reena Raggi, Eastern District of New York |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | February 21, 2003 | February 20, 2006 |
| February 21, 2003 | | |

**OFFENSE**

Importation of Opium, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(3), a Class C felony.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT ___of New York___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ~~Eastern District of New York~~ _Maryland_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_August 5, 2005_
Date

_s/Reena Raggi_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Maryland___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/23/05_
Effective Date

s/Peter J. Messitte
United States District Judge